1   NEIL L. SHAPIRO (SBN 051547)
    LAW OFFICES OF NEIL L. SHAPIRO
2   2100 Garden Road, Suite C
    Monterey, California  93940
3   Telephone:   (831) 372-3700
    Facsimile:   (831) 372-3701
4   nshapiro@nshapiro.com

5   LESLIE W. EHRET (Admitted *Pro Hac Vice*)
    EDWARD J. RANTZ, JR. (Admitted *Pro Hac Vice*)
6   FRILOT, L.L.C.
    1100 Poydras Street, Suite 3700
7   New Orleans, LA 70163
    Telephone:   (504) 599-8000
8   Facsimile:   (504) 599-8100
    lehret@frilot.com
9   erantz@frilot.com

10  Attorneys for Defendant
    SECURITY NATIONAL PROPERTIES
11  HOLDING COMPANY, LLC

12

13                          UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15

16  ALLAN D. GRUSHKIN,                      | **Case No.  CV 13-5457 NJV**

17              Plaintiff,                   | **ADMINISTRATIVE MOTION FOR
                                               ORDER ALLOWING PARTIES TO
18  vs.                                        APPEAR AT CASE MANAGEMENT
                                               CONFERENCE BY TELEPHONE;**
19  SECURITY NATIONAL PROPERTIES             | ORDER GRANTING MOTION;
    HOLDING COMPANY, LLC, and Does 1-100,    | DIRECTIONS TO PARTIES
20  inclusive,

21              Defendants.

22

23

24

25          For the foregoing reasons, Defendant Security National Properties Holding Company,

26  LLC ("SNPHC"), seeks permission to attend the Case Management Conference now scheduled for

27

28  ADMINISTRATIVE MOTION FOR ORDER ALLOWING PARTIES TO APPEAR AT CASE MANAGEMENT
    CONFERENCE BY TELEPHONE; DECLARATION OF NEIL L. SHAPIRO
    Case No. CV 13-5457 NJV

1  10:30 a.m. on February 28, 2014, by telephone:

2  **FACTUAL BACKGROUND**

3         Neil Shapiro, counsel of record for defendant SNPHC, maintains his office in

4  Monterey, California, approximately 125 miles from the Courthouse, and would have to incur total

5  travel time of at least four hours to attend the Case Management Conference in person.  Leslie Ehret

6  and Edward Rantz, Jr., admitted *pro hac vice* as counsel for SNPHC, maintain their offices in New

7  Orleans, Louisiana, and would incur substantially greater travel time and out-of pocket expense to

8  attend the Case Management Conference in person.

9  **REQUEST FOR RELIEF**

10        Counsel for SNPHC request permission to attend the Case Management Conference by

11  telephone.  Counsel for Plaintiff Allan Grushkin has no objection to this request.

12
13  Dated:  January 28, 2014                    NEIL L. SHAPIRO
                                                LAW OFFICES OF NEIL L. SHAPIRO

14                                              And

15                                              LESLIE W. EHRET
                                                EDWARD J. RANTZ, JR
16                                              FRILOT, LLC

17

18  By_____/s/_____
                                                 Attorneys for Defendant
                                                SECURITY NATIONAL PROPERTIES HOLDING
19                                              COMPANY, LLC

20                                 ORDER

21        Defendant Security National Properties Holding Company, LLC's request to appear

22  telephonically at the February 28, 2014 Case Management Conference is hereby GRANTED, and both

23  plaintiff and defendant are hereby DIRECTED to appear telephonically at the February 28, 2014

24  Case Management Conference.

25

26  Date: February 3, 2014                      _____
                                                Honorable Maxine M. Chesney
27                                              United States District Judge

2

28