1  NEIL L. SHAPIRO (SBN 051547)
   LAW OFFICES OF NEIL L. SHAPIRO
2  2100 Garden Road, Suite C
   Monterey, California  93940
3  Telephone:   (831) 372-3700
   Facsimile:    (831) 372-3701
4  nshapiro@nshapiro.com

5  LESLIE W. EHRET (Admitted *Pro Hac Vice*)
   EDWARD J. RANTZ, JR. (Admitted *Pro Hac Vice*)
6  FRILOT, L.L.C.
   1100 Poydras Street, Suite 3700
7  New Orleans, LA 70163
   Telephone:   (504) 599-8000
8  Facsimile:    (504) 599-8100
   lehret@frilot.com
9  erantz@frilot.com

10 Attorneys for Defendant
   SECURITY NATIONAL PROPERTIES
11 HOLDING COMPANY, LLC

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA


| ALLAN D. GRUSHKIN, | **Case No.  CV 13-5457 NJV** |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER SELECTING ADR PROCESS** |
| vs. | |
| SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, and Does 1-100, inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following

stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:


The parties agree to participate in the following ADR process:

**Court Processes:**

    __    Non-binding Arbitration (ADR L.R. 4)

    __    Early Neutral Evaluation (ENE) (ADR L.R. 5)

    __    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

    X    Private ADR (*please identify process and provider*): Mediation with the Hon. Scott Snowden (Ret.) of JAMS.

The parties agree to hold the ADR session by:

    __    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    X    other requested deadline – 180 days from date of Order

Dated: February 19, 2014

    NEIL L. SHAPIRO
    LAW OFFICES OF NEIL L. SHAPIRO
    And
    LESLIE W. EHRET
    EDWARD J. RANTZ, JR.
    FRILOT, L.L.C.

    By: _____/s/_____
    Attorneys for Defendant
    SECURITY NATIONAL PROPERTIES
    HOLDING COMPANY, LLC

2

Dated:  February 19, 2014          PETER G. BERTRAND
                                   BUCHALTER NEMER


                                   By ____/s/_____
                                        Attorneys for Plaintiff
                                        ALLAN D. GRUSHKIN


**[PROPOSED] ORDER**


    X    The parties' stipulation is adopted and IT IS SO ORDERED.

    __    The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated: February 20, 2014                    _____
                                            United States District Judge

---

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS
Case No. CV 13-5457 NJV

3