AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

ALLAN D. GRUSHKIN

                    Plaintiff (s),

    V.

SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC; and DOES 1 100, inclusive

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-5457 MMC

Notice is hereby given that, subject to approval by the court, Plaintiff ALLAN D. GRUSHKIN substitutes
(Party (s) Name)

Ryan F. Thomas , State Bar No. 230491 as counsel of record in
(Name of New Attorney)

place of Peter G. Bertrand.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: JOHNSTON | THOMAS
    Address: 1400 North Dutton Avenue, Suite 21 Santa Rosa, CA 95401
    Telephone: (707) 545-6542       Facsimile (707) 545-1522
    E-Mail (Optional): rthomas@johnstonthomas.com

I consent to the above substitution.

Date: January 22, 2015

(Signature of Party (s))

I consent to being substituted.

Date: January 22, 2015

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January __, 2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

BN 17505991v1

American LegalNet, Inc.
www.FormsWorkflow.com

★ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

ALLAN D. GRUSHKIN

                        Plaintiff (s),

        V.

SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC; and DOES 1 100, inclusive

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-5457 MMC

Notice is hereby given that, subject to approval by the court, Plaintiff ALLAN D. GRUSHKIN substitutes
(Party (s) Name)

Ryan F. Thomas , State Bar No. 230491 as counsel of record in
(Name of New Attorney)

place of Peter G. Bertrand.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        JOHNSTON | THOMAS

    Address:           1400 North Dutton Avenue, Suite 21 Santa Rosa, CA  95401

    Telephone:       (707) 545-6542      Facsimile (707) 545-1522

    E-Mail (Optional):  rthomas@johnstonthomas.com

I consent to the above substitution.

Date:     January __, 2015

                                                (Signature of Party (s))

I consent to being substituted.

Date:     January __, 2015

                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     January 22, 2015

                                                *Ryan Thomas*
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     January 23, 2015

                                                  *Maxine M. Chesney*
                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]