NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:   (831) 372-3700
Facsimile:    (831) 372-3701
nshapiro@nshapiro.com

LESLIE W. EHRET (Admitted *Pro Hac Vice*)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone:   (504) 599-8000
Facsimile:    (504) 599-8100
lehret@frilot.com

Attorneys for Defendant
SECURITY NATIONAL PROPERTIES
HOLDING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>          Plaintiff,<br><br>vs.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, and Does 1-100, inclusive,<br><br>          Defendants. | **Case No.  CV 13-5457 MMC**<br><br>**REQUEST OF SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, TO APPEAR BY TELEPHONE AT STATUS CONFERENCE, AND ORDER THEREON**<br><br>Date:   February 27, 2015<br>Time:  10:30 a.m.<br>Place:  Courtroom 7 |

          Because of the distance between its counsel's office and the Courthouse, Defendant

Security National Properties Holding Company, LLC, respectfully requests leave to appear at the

---

REQUEST OF SECURITY NATIONAL PROPERTIES HOLDING COMPPANY, LLC, TO APPEAR BY
TELEPHONE AT STATUS CONFERENCE, AND ORDER THEREON
Case No. CV 13-5457 MMC

1  February 27, 2015, Status Conference in the above-captioned matter by telephone.

2  Dated: February 20, 2015

      NEIL L. SHAPIRO
      LAW OFFICES OF NEIL L. SHAPIRO

      By: ____/s/_____
          Attorneys for Defendant
      SECURITY NATIONAL PROPERTIES HOLDING
      COMPANY, LLC

**IT IS SO ORDERED**

Dated: February 20, 2015

      _____
      United State District Judge

2

REQUEST OF SECURITY NATIONAL PROPERTIES HOLDING COMPPANY, LLC, TO APPEAR BY
TELEPHONE AT STATUS CONFERENCE, AND ORDER THEREON
Case No. CV 13-5457 MMC