Ryan Thomas (SBN 230491)
Roy N. Johnston (SBN 185409)
JOHNSTON | THOMAS, Attorneys at Law
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone:  (707) 545-6542
Facsimile:   (707) 545-1522

Attorneys for Plaintiff ALLAN D. GRUSHKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>       Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, and Does 1-100, inclusive,<br><br>       Defendants. | CASE NO.:  CV 13-5457 MMC<br><br>REQUEST OF ALLAN D. GRUSHKIN TO APPEAR BY TELEPHONE AT STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  February 27, 2015<br>Time:  10:30 a.m.<br>Dept.:  7 |

Due to the distance between counsel's office and the Courthouse, Plaintiff Allan D. Grushkin, respectfully requests to appear at the February 27, 2015, Status Conference in the above-captioned matter by telephone.

Dated: February 20, 2015                                JOHNSTON | THOMAS, Attorneys at Law


                                                        By:   /s/ Ryan Thomas
                                                        Ryan F. Thomas, Attorneys for Plaintiff
                                                        ALLAN D. GRUSHKIN

**IT IS SO ORDERED**

Dated: February ___20, 2015

_____
United States District Judge