IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C 13-5457 MMC<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised that the parties have agreed to a settlement, the terms of which were placed on the record at the settlement conference held before Magistrate Judge Jacqueline Scott Corley on April 3, 2015 (see Doc. No. 45),

   IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

   **IT IS SO ORDERED.**

Dated: April 24, 2015

MAXINE M. CHESNEY
United States District Judge