1  Ryan Thomas (SBN 230491)
   Roy N. Johnston (SBN 185409)
2  JOHNSTON | THOMAS, Attorneys at Law
   1400 N. Dutton Avenue, Suite 21
3  Santa Rosa, CA 95401
   Telephone: (707) 545-6542
4  Facsimile: (707) 545-1522

5  Attorneys for Plaintiff ALLAN D. GRUSHKIN

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 ALLAN D. GRUSHKIN,                       CASE NO.: CV 13-5457 MMC

11         Plaintiff,

12     v.                                   **JUDGMENT**

13                                          Date Action Filed: November 25, 2013
   SECURITY NATIONAL PROPERTIES             Trial Date: June 8, 2015
14 HOLDING COMPANY, LLC, and Does 1-100,    Dept.: 7
   inclusive,
15
           Defendants.
16

18     Upon Stipulation of the Parties, it is hereby ordered, adjudged and decreed that ALLAN D.
19 GRUSHKIN shall recover the sum of $1,737,420 from SECURITY NATIONAL PROPERTIES
20 COMPANY, LLC.

22 IT IS SO ORDERED:

24 Dated: May 28, 2015                      _____
                                            MAXINE M. CHESNEY
                                            United States District Judge

-1-
JUDGMENT
Case No. CV 13-5457 MMC