Ryan Thomas (SBN 230491)
Roy N. Johnston (SBN 185409)
JOHNSTON | THOMAS, Attorneys at Law
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone:  (707) 545-6542
Facsimile:  (707) 545-1522

Attorneys for Plaintiff ALLAN D. GRUSHKIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, and Does 1-100, inclusive,<br><br>Defendants. | CASE NO.:  CV 13-5457 MMC<br><br>**CORRECTED JUDGMENT**<br><br>Date Action Filed:  November 25, 2013<br>Trial Date:  June 8, 2015<br>Dept.:  7 |

Upon Stipulation of the Parties, it is hereby ordered, adjudged and decreed that ALLAN D. GRUSHKIN shall recover the sum of $1,737,420 from SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC.

IT IS SO ORDERED:


Dated:  July 17, 2015

_____
MAXINE M. CHESNEY
United States District Judge