PHILIP W. BOESCH, JR. (SBN: 60608)
THE BOESCH LAW GROUP
225 Santa Monica Boulevard, 11th Floor
Santa Monica, California 90401
Telephone: (310) 578-7880
Facsimile: (310) 578-7898
Email: pboesch@pboesch.com

Attorneys for Defendant,
SECURITY NATIONAL PROPERTIES
HOLDING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>          Plaintiff,<br><br>vs.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. CV 13-5457 MMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC; [PROPOSED] ORDER** THEREON |

　　　　PLEASE TAKE NOTICE that Defendant Security National Properties Holding Company, LLC ("Security National") hereby substitutes Philip W. Boesch, Jr. of The Boesch Law Group as counsel for Security National in the above-captioned matter in place of Neil L. Shapiro of the Law Offices of Neil L. Shapiro and Leslie W. Ehret of Frilot, LLC.

---

Pursuant to such substitution, Security National hereby requests that all notices, filings and other documents in this action be served on the following counsel:

> Philip W. Boesch, Jr.
> The Boesch Law Group
> 225 Santa Monica Blvd., 11th Floor
> Santa Monica, California 90401
> Phone: (310) 578-7880
> Fax: (310) 578-7898
> Email: pboesch@pboesch.com

Please update service lists, and direct all future filings and correspondence to Philip W. Boesch, Jr.

The undersigned parties consent to the above substitution of counsel.

DATED: August 13, 2015             SECURITY NATIONAL PROPERTIES
                                   HOLDING COMPANY, LLC


                                   By:  _____/s/_____
                                        ROBIN P. ARKLEY II


DATED: August 13, 2015             LAW OFFICES OF NEIL L. SHAPIRO


                                   By:  _____/s/_____
                                        NEIL L. SHAPIRO


DATED: August 13, 2015             FRILOT, LLC


                                   By:  _____/s/_____
                                        LESLIE W. EHRET

2

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC; [PROPOSED] ORDER**

DATED: August 13, 2015        THE BOESCH LAW GROUP

By: _____/s/_____
PHILIP W. BOESCH, JR.

Attorneys for Security National Properties Holding Company, LLC

The filer of this document attests that the concurrence of the other signatories has been obtained.

## ORDER

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: __August 14, 2015__        _____
JUDGE OF THE UNITED STATES DISTRICT COURT