IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LCC, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____ / | No. C-13-5457 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On October 2, 2015, defendant Security National Properties Holding Company, LLC electronically filed its "Motion to Vacate Judgment and to Dismiss the Case for Lack of Subject Matter Jurisdiction." Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed

document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 13, 2015

MAXINE M. CHESNEY
United States District Judge