Ryan Thomas (SBN 230491)
Roy N. Johnston (SBN 185409)
JOHNSTON | THOMAS, Attorneys at Law
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone: (707) 545-6542
Facsimile: (707) 545-1522

Philip W. Boesch, Jr. (SBN 60608)
Benjamin C. Johnson (SBN 218518)
THE BOESCH LAW GROUP
225 Santa Monica Boulevard, 11th Floor
Santa Monica, CA 90401
Telephone: (310) 578-7880
Facsimile: (310) 578-7898

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN D. GRUSHKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC, and Does 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 3:13-cv-05457-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE FOR THE MOTION TO VACATE JUDGMENT AND TO DISMISS THE CASE FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date Action Filed:  November 25, 2013<br>Hearing Date:       November 20, 2015<br>Time:                   9:00 a.m.<br>Dept.:                  7 |

      Plaintiff ALLAN D. GRUSHKIN ("Plaintiff"), on the one hand, and Defendant SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC ("Defendant") (collectively, the "Parties"), on the other hand, through their respective counsel, hereby stipulate and agree as follows:

      On May, 28, 2015, upon stipulation of the Parties, the Court entered judgment in favor of Plaintiff against Defendant in the sum of $1,737,420 ("Judgment");

      The Court issued its corrected Judgment on July 17, 2015;

      WHEREAS, on October 2, 2015, Defendant filed a Motion to Vacate Judgment and to Dismiss the Case for Lack of Subject Matter Jurisdiction ("Motion");

1   WHEREAS, the Motion is presently set for hearing on November 20, 2015.  Plaintiff's opposition to the Motion is presently due on October 16, 2015, and Defendant's Reply is due October 23, 2015;

WHEREAS, due to Plaintiff's counsel's pre-planned family vacation from October 15 through 23, 2015; and a trial set in the Sonoma County Superior Court of California beginning on November 20, 2015;

WHEREAS, Plaintiff and Defendant met and conferred regarding the date of the hearing for the Motion, and the briefing scheduled leading up to it;

NOW, THEREFORE, Plaintiff and Defendant have stipulated and agreed as follows to the hearing date on the Motion and the briefing schedule leading up to it:

### STIPULATION

1. The hearing date on the Motion shall be continued to December 4, 2015, or the first available date thereafter, as the Court's schedule will allow;

2. Plaintiff's Opposition to the Motion shall be due October 30, 2015;

3. Defendant's Reply shall be due November 6, 2015; and

4. _____

_____

_____.

DATED:  October 9, 2015          By:      /s/  Ryan F. Thomas
                                 RYAN F. THOMAS
                                 JOHNSTON THOMAS, Attorneys at law
                                 Attorneys for Plaintiff
                                 ALLAN D. GRUSHKIN

DATED:  October 9, 2015          By:      /s/ Benjamin C. Johnson
                                 BENJAMIN C. JOHNSON
                                 THE BOESCH LAW GROUP
                                 Attorneys for Defendant
                                 SECURITY NATIONAL PROPERTIES HOLDING COMPANY, LLC

*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Ryan F. Thomas hereby attests that concurrence in the filing of this document has been obtained*

1  The parties' Joint Stipulation to Continue the Hearing Date for the Motion to Vacate
2  Judgment and to Dismiss the Case for Lack of Subject Matter Jurisdiction is approved and the
3  hearing is set for  December 4, 2015, at 9:00 a.m.
4  _____
5  _____
6  _____.

**IT IS SO ORDERED.**

DATED: Oct. 13, 2015

*[signature]*
MAXINE M. CHESNEY
United States District Judge